363 P.2d 636

**Robert R. PETERS, Petitioner,**

v.

**Harold A. COX, Warden, The State of New Mexico et al., Respondents.**

No. 7018.

Supreme Court of New Mexico.

Aug. 7, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHÁVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petitioner has not exhausted his remedy in the district court.

363 P.2d 636

**Leslie JOHNSON, Petitioner,**

v.

**PEOPLE of the State of New Mexico, Respondent.**

No. 7020.

Supreme Court of New Mexico.

Aug. 9, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for delayed appeal is denied.